AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

USA

*Plaintiff*

v.

Mark Kesner

*Defendant*

Case No. 15-CR-10323-IT-2

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark Kesner

Date: Nov. 2, 2015

_____
*Attorney's signature*

Joshua L. Solomon, #657761
*Printed name and bar number*

Pollack Solomon Duffy LLP
133 Federal St., suite 902
Boston, MA 02110
*Address*

jsolomon@psdfirm.com
*E-mail address*

617-960-0556
*Telephone number*

617-960-0557
*FAX number*

filed in open Court,
11/2/15

Noreen Russo
Deputy Clerk