9929874

AO 442 (Rev. 11/11) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15cr10323-IT |
| DANIEL GIBSON | ) | (Cabell) |
| and | ) | |
| MARK KESNER | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARK B. KESNER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C § 7206(2) - Assisting in the preparation of false tax returns
18 U.S.C. § 371 - Conspiracy to the United States

Date: 10/28/2015

_____
Issuing officer's signature

City and state: Boston, Massachusetts

Magistrate Judge Judith G. Dein
Printed name and title

2015 OCT 28 P 12:28  U.S. [RECEIVED SERVICE]
2015 NOV 5 am 9:04  FILED IN CLERK'S OFFICE U.S. DISTRICT DISTRICT OF

---

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____

WARRANT EXECUTED BY IRS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 10/02/2015

Date: _____

_____
Arresting officer's signature

_____
Printed name and title