# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | 15-cr-10323-IT |
| DANIEL GIBSON and MARK KESNER, | ) ) ) | |
| Defendants. | ) ) | |

## MOTION BY DEFENDANT MARK KESNER TO COMPEL, JOINING IN MOTION FILED BY CO-DEFENDANT DANIEL GIBSON (DOC NO. 42)

Defendant Mark Kesner respectfully moves to compel the material that co-defendant Daniel Gibson has moved to compel in Docket No 42, filed on February 25, 2016.

Mr. Kesner joins in Mr. Gibson's motion and thus respectfully requests that the Court compel the production to Mr. Kesner of the material that Mr. Gibson's motion seeks to compel, for the reasons provided in Mr. Gibson's motion, and subject to the same proposed protective order filed with Mr. Gibson's motion.

          Respectfully submitted,

          Mark Kesner,
          By his attorneys,
          /s/ Joshua L. Solomon
          Joshua L. Solomon (BBO # 657761)
          POLLACK SOLOMON DUFFY LLP
          133 Federal Street, Suite 902
          Boston, MA  02110
          (617) 439-9800
          jsolomon@psdfirm.com

**CERTIFICATE OF SERVICE AND L.R. 7.1 CERTIFICATION**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 25, 2016. I further certify that, on behalf of Mr. Kesner, I participated in a status conference before the Court on February 4, 2016, at which this matter was discussed and at which the Court directed the filing of a motion to compel to address the issues raised herein. I also participated in a discussion with co-defendant's counsel Martin Weinberg and AUSA Stephen Heymann regarding these matters on February 4, 2016, following the status conference. My understanding of the government's position based on the status conference and that discussion is consistent with the position reported in Mr. Gibson's L.R. 7.1 Certification.

                                  /s/ Joshua L. Solomon