# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | 15-cr-10323-IT |
| DANIEL GIBSON and MARK KESNER, | ) ) ) | |
| Defendants. | ) ) | |

## MOTION BY DEFENDANT MARK KESNER TO STRIKE MATERIAL IN SUPPORT OF GOVERNMENT'S RESPONSE TO OBJECTION TO REPORT AND RECOMMENDATION

Defendant Mark Kesner respectfully submits this motion to strike the declaration of Cynthia A. Young (Doc. No. 119-1) and those portions of the government's recently filed brief (Doc. No. 119) that refer to or rely on the Young Declaration. Specifically, Mr. Kesner respectfully requests that the Court strike the Young Declaration as well as the references to and reliance on it in the government's brief, by requiring the government to re-submit a version of that brief without such references. Mr. Kesner submits the accompanying memorandum in support of this motion.

Respectfully submitted,

Mark Kesner,
By his attorneys,
/s/ Joshua L. Solomon
Joshua L. Solomon (BBO # 657761)
POLLACK SOLOMON DUFFY LLP
133 Federal Street, Suite 902
Boston, MA  02110
(617) 439-9800
jsolomon@psdfirm.com

**CERTIFICATE OF SERVICE AND L.R. 7.1 CERTIFICATION**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 20, 2016. I further certify that I conferred with counsel for the government regarding this motion, and the government did not agree to the relief requested.

              /s/ Joshua L. Solomon